IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL REICHERT                                                                          PLAINTIFF

V.                                         4:08CV00158 JMM

UB MORTGAGE, LLC,
FINANCE AMERICA, LLC,
OCWEN LOAN SERVICING, LLC,
successor to OCWEN FEDERAL BANK, SFP
and KELLY GLEASON, individually                                               DEFENDANTS

## ORDER

For good cause shown, the Court GRANTS Plaintiff's Motion to Amend his Complaint (docket # 22).  Accordingly, the Motion to Dismiss of former Defendant Ocwen Financial Corporation (docket # 8) is MOOT.  The Motion to Dismiss of Defendants Kelly Gleason and UB Mortgage LLC (docket # 13) is also MOOT based upon the Amended Complaint and the Motion to Dismiss the Amended Complaint (docket # 23) filed by the same parties.  Further, the Motion to Strike filed by Finance America (docket # 34) is also MOOT based upon the corrected motion filed by Finance America (docket # 35) on the same day.

The remaining motions (docket # 23, 25, 30, and 35) will be ruled upon by separate order.

IT IS SO ORDERED this 8th day of July 2008.

_____
James M. Moody
United States District Judge